1010

[No. 34708-0-I. Division One. February 9, 1998.]

*In the Matter of the Marriage of* LINDA L.
CHRISTOPHERSON, *Appellant,* and RALPH L.
CHRISTOPHERSON, *Respondent.*

Appeal from a judgment of the Superior Court for King
County, No. 93-3-01120-6, Edward Heavey, J. Pro Tem.,
entered August 2, 1994. *Affirmed* by unpublished opinion
per Grosse, J., concurred in by Coleman and Ellington, JJ.

[Nos. 36957-1-I; 37450-8-I. Division One. February 9, 1998.]

*In the Matter of the Marriage of* ROBERT L. ROOD,
*Respondent,* and PATRICIA A. ROOD, *Appellant.*

Appeals from a judgment of the Superior Court for What-
com County, No. 94-3-00601-1, David A. Nichols, J., entered
June 13, 1995. *Affirmed* by unpublished opinion per Grosse,
J., concurred in by Coleman and Ellington, JJ.

[No. 37855-4-I. Division One. February 9, 1998.]

THE STATE OF WASHINGTON, *Respondent,* v. BILLIE RAE
STAPLES, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 95-1-06323-0, Richard M. Ishikawa, J., entered
December 18, 1995. *Affirmed* by unpublished per curiam
opinion.

[No. 37922-4-I. Division One. February 9, 1998.]

JERRY E. TWYMAN, ET AL., *Appellants,* v. RAINBOW TOWING,
INC., *Respondent.*

Appeal from a judgment of the Superior Court for King
County, No. 95-2-14616-3, William Goodloe, J. Pro Tem.,
entered November 29, 1995. *Affirmed* by unpublished per
curiam opinion.